# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Allen Spradling v. Surgical Care Affiliates, LLC, et al.

Case Number: 1:21-cv-01324

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff Allen Spradling

Attorney name (type or print): Joseph R. Saveri

Firm: Joseph Saveri Law Firm, Inc.

Street address: 601 California St, Ste 1000

City/State/Zip: San Francisco, CA 94108

Bar ID Number: CA 130064
(See item 3 in instructions)

Telephone Number: 415-500-6800

Email Address: jsaveri@saverilawfirm.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 10, 2021

Attorney signature: S/ Joseph R. Saveri

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015