UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALLEN SPRADLING,<br><br>                 Plaintiff,<br><br>v.<br><br>SURGICAL CARE AFFILIATES, LLC, SCAI HOLDINGS, LLC, ANDREW HAYEK, UNITEDHEALTH GROUP, INC., UNITED SURGICAL PARTNERS HOLDING COMPANY, INC., UNITED SURGICAL PARTNERS INTERNATIONAL, INC., TENET HEALTHCARE CORPORATION, and JOHN DOES 1-10,<br><br>                 Defendants. | Case No. 1:21-cv-01324-JLA |

**AGREED STIPULATION SETTING DEADLINES FOR DEFENDANTS TO ANSWER**

Plaintiff Allen Spradling (the "Plaintiff") and Defendants Surgical Care Affiliates, LLC, SCAI Holdings, LLC, United Health Group Incorporated, and Andrew Hayek (the "Defendants"), through counsel, stipulate to the following, subject to the Court's approval:

1. WHEREAS, Defendants agree that service on each has been effected;

2. WHEREAS, Plaintiff filed a motion to reassign case pursuant to Local Rule 40.4 in *Roe v. Surgical Care Affiliates, LLC, et al.*, No. 1-21-cv-00305-ARW-SRH (N.D. Ill.) (the "*Roe* Action"), ECF No. 25, seeking to reassign the above-captioned action to Honorable Andrea R. Wood since the *Roe* Action is a related action to this case;

3. WHEREAS, Plaintiff Spradling joined the motion to consolidate the *Roe* Action and related actions filed by the Plaintiff in the *Roe* Action (*Roe* Action, ECF No. 39);

4. WHEREAS, a status conference was held in the *Roe* Action on March 25, 2021 at which the Court indicated that it would soon issue an order on the reassignment and consolidation motions;

5. WHEREAS, Plaintiff and Defendants (the "Parties") propose, subject to Court approval, that this action proceed on the following schedule: Defendants will answer or otherwise respond to the Complaint no later than May 31, 2021; if the response is by motion, Plaintiff's opposition will be due July 15, 2021; and Defendants' reply will be due August 16, 2021;

6. WHEREAS, if this action is consolidated with another action, the deadlines provided in paragraph 5 will be stricken. Defendants will instead answer or otherwise respond no later than 45 days after the filing of a consolidated amended complaint; if the response is by motion, Plaintiff's opposition will be due 45 days thereafter; and Defendants' reply will be due 30 days thereafter.

7. WHEREAS, none of the Parties have previously either sought or received any extension of any deadline in this action;

8. NOW THEREFORE, the Parties through their respective counsel and subject to the Court's approval hereby stipulate that:

(a) The following deadlines will be set: Defendants will answer or otherwise respond to the Complaint no later than May 31, 2021; if the response is by motion, Plaintiff's opposition will be due July 15, 2021; and Defendants' reply will be due August 16, 2021.

(b) In the event this action is consolidated with another matter, the deadlines in subparagraph 8(a) will be stricken and replaced with the following deadlines: Defendants will answer or otherwise respond no later than 45 days after the filing

of a consolidated amended complaint; if the response is by motion, Plaintiff's opposition will be due 45 days thereafter; and Defendants' reply will be due 30 days thereafter.

(c) This stipulation does not constitute a waiver by the Defendants of any defense, including but not limited to those defenses provided under Federal Rule of Civil Procedure 12.

**IT IS SO STIPULATED.**

Dated: April 2, 2021

Respectfully submitted,

/s/ Douglas A. Millen
Douglas A. Millen
William H. London
Michael E. Moskovitz
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
Fax: (224) 632-4521
dmillen@fklmlaw.com
blondon@fklmlaw.com
mmoskovitz@fklmlaw.com

Joseph R. Saveri (admitted under L.R. 83.10)
Steven N. Williams (admitted under L.R. 83.10)
Chris K.L. Young (admitted under L.R. 83.10)
Kyle P. Quackenbush (admitted under L.R. 83.10)
Anupama K. Reddy (admitted under L.R. 83.10)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, CA 94108
Tel: (415) 500-6800
Fax: (415) 395-9940
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
cyoung@saverilawfirm.com
kquackenbush@saverilawfirm.com
areddy@saverilawfirm.com

Ashley Keller
Travis Lenkner
Jason A. Zweig
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, IL 60606
Tel: (312) 741-5220
ack@kellerlenkner.com
tdl@kellerlenkner.com
jaz@kellerlenkner.com

Kimberly A. Justice (*pro hac vice* forthcoming)
FREED KANNER LONDON & MILLEN LLC
923 Fayette Street
Conshohocken, PA 19428
Tel: (610) 234-6770
Fax: (224) 632-4521
kjustice@fklmlaw.com

*Attorneys for Individual and Representative Plaintiff Allen Spradling*

/s/ *Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C.
James H. Mutchnik, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
dlaytin@kirkland.com jmutchnik@kirkland.com

Catie Ventura
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 389-5000
catie.ventura@kirkland.com

*Attorneys for Defendants Surgical Care Affiliates, LLC, SCAI Holdings, LLC, and UnitedHealth Group Incorporated*

4

/s/ Jeffrey C. Bank
Jeffrey C. Bank (*pro hac vice* forthcoming)
WILSON SONSINI GOODRICH & ROSATI, PC
1700 K Street NW
Washington, DC 20006
Tel: (202) 497-7761
Fax: (202) 973-8899
jbank@wsgr.com

/s/ Brian J. Smith
Brian J. Smith
K&L GATES LLP
70 W. Madison St., Suite 3300
Chicago, Illinois 60602
Tel: (312) 372-1121
Fax: (312) 827-8000
brian.j.smith@klgates.com

*Attorneys for Defendant Andrew Hayek*