IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALLEN SPRADLING<br>Plaintiff<br><br>v.<br><br>SURGICAL CARE AFFILIATES, LLC, et al.<br>Defendants. | Dkt. No. 1:21-cv-01324 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.17, Andrew Patrick Legrand respectfully moves for leave to withdraw his appearance as one of the attorneys of record for Defendants United Surgical Partners Holding Company, Inc., United Surgical Partners International, Inc., and Tenet Healthcare Corporation (collectively, "USPI") in this matter and states as follows:

1. USPI has been represented in this action by counsel from Gibson, Dunn & Crutcher LLP ("Gibson Dunn").

2. In February 2024, Veronica S. Moyé, lead counsel for USPI, left Gibson Dunn and joined King & Spalding LLP ("King & Spalding"). *See* Dkt. 363.

3. Gibson Dunn is no longer representing USPI in this matter.

4. USPI will continue to be represented in this matter by King & Spalding.

5. Consequently, Andrew Legrand wishes to withdraw his appearance.

WHEREFORE, Andrew Legrand respectfully requests that the Court grant his leave to withdraw as one of the attorneys of record for USPI in this action.

Dated: March 19, 2024

Respectfully submitted,

*/s/ Andrew Legrand*
Andrew Patrick Legrand
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue
Suite 2100
Dallas, TX 75201
Tel. (214) 698-3100
Email: ALegrand@gibsondunn.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 19, 2024, I caused a copy of the foregoing document or be filed and served upon all counsel of record via the Court's CM/ECF system.

<em>/s/ Andrew Legrand</em>